**UNITED STATES of America,**
**Appellee,**

v.

**Corey D. WILLIAMS, Appellant.**

**No. 05–1542.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 7, 2006.

Decided: Feb. 14, 2006.

Roger Alan Keller, Jr., Jennifer J. Roy, U.S. Attorney's Office, St. Louis, MO, for Appellee.

Felicia A. Jones, Federal Public Defender's Office, St. Louis, MO, Corey D. Williams, Troy, MO, for Appellant.

Before ARNOLD, BYE, and SMITH, Circuit Judges.

**[UNPUBLISHED]**

PER CURIAM.

Corey D. Williams appeals the sentence imposed upon his guilty plea to possessing cocaine and to being a felon in possession of a firearm. For reversal Mr. Williams argues that the district court[1] erroneously determined his base offense level pursuant to U.S.S.G. § 2K2.1(a)(2) (felon in possession of firearm where prior felonies include at least two convictions for either crime of violence or controlled substance). In particular, Mr. Williams argues that stealing a motor vehicle, for which he has a prior state felony conviction, is not a crime of violence. Setting aside the issue whether Mr. Williams properly preserved his objection, we conclude his argument is foreclosed by circuit precedent, *see United States v. Barbour*, 395 F.3d 826, 827–28 (8th Cir.), *cert. denied*, —— U.S. ——, 126 S.Ct. 133, 163 L.Ed.2d 137 (2005); *United States v. Sprouse*, 394 F.3d 578, 580–81 (8th Cir. 2005); *United States v. Sun Bear*, 307 F.3d 747, 752–53 (8th Cir.2002), *cert. denied*, 539 U.S. 916, 123 S.Ct. 2275, 156

---

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

L.Ed.2d 133 (2003), and we decline Mr. Williams's invitation to reconsider *Sprouse* and *Sun Bear*: only the court sitting en banc may do so, *see United States v. Wright*, 22 F.3d 787, 788 (8th Cir.1994). Accordingly, we affirm.